479 A.2d 1111

Evans v. Gray, Appellant.

Submitted October 14, 1983. P. Louis DeRose, III, for appellant; William J. Wiker, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Appeal quashed.

479 A.2d 1111

Gamberdella, Appellant, v. Redmond.
Petition for Allowance of Appeal
Denied Feb. 14, 1985.

Argued April 24, 1984. Richard J. Orloski, for appellant; Jeffrey R. Dimmich, for appellee.

Before McEWEN, CIRILLO and BECK, JJ.

Judgment affirmed.

BECK, J., concurred in the result.

CIRILLO, J., filed a dissenting memorandum.